**Thomas GREGORY, Appellant, v. A. C. ADERHOLD, Warden, U. S. Penitentiary, Atlanta, Georgia, Appellee.**

No. 6618.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Thomas Gregory, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Biddle v. Shirley (C. C. A.) 16 F.(2d) 566, the judgment is affirmed.